UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **TYRONE ROSHAWN RAMSEY,** | ) |
| Petitioner, | ) Case No. CV 12-10576 VAP (AJW) |
| v. | ) |
| **J. KATAVICH, WARDEN,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: September 15, 2015

_____
Virginia A. Phillips
United States District Judge