UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE ROSHAWN RAMSEY, | ) | Case No. CV 12-10576-VAP (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. KATAVICH, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 15, 2015

_____
Virginia A. Phillips
United States District Judge